**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Marcos Antonio AGUILAR–TORRES,**
**Defendant–Appellant.**

No. 05–40989.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided April 17, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Larry Chris Iles, Rockport, TX, for Defendant–Appellant.

---

## Before SMITH, GARZA, and PRADO, Circuit Judges.

PER CURIAM: *

Counsel appointed to represent Marcos Antonio Aguilar–Torres has moved to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of counsel's brief and the record discloses no nonfrivolous issue. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

